UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

Ann Marie Maguire, in her capacity
as Co-Administratrix of the Estate of
Joseph Maguire II, PLAINTIFF

Vs.                                                C.A. NO. 1:16-cv-00499-S-PAS

FMR LLC, also known as
Fidelity Investments, DEFENDANT

## JOSEPH MAGUIRE'S MOTION TO INTERVENE

Now comes the Intervenor, Joseph Maguire, who files this motion to intervene as a Plaintiff, as permitted by Fed. R. Civ. P. 24(a)(2). In support of this motion to intervene, the intervenor has contemporaneously filed a memorandum of law and argument.

Wherefore, in consideration of this motion to intervene and the accompanying memorandum of law and argument, the intervenor asks the court to grant his motion to intervene as a Plaintiff.

/s/ Stephen P. Levesque **5742**
165 Burnside Street, 2nd Flr
Cranston, RI 02910
Phone (401) 490-4900
Fax (401) 490-4901

**Certification:**   I hereby certify that I caused a true copy of the within to be mailed this 16th day of September, 2016 to Thomas Dickinson, 1312 Atwood Avenue, Johnston, RI 02919.

/s/ Stephen P. Levesque **5742**